IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL LARSON

    Defendants.

---

**UNOPPOSED MOTION TO RESTRICT DOCUMENT**

---

    The United States of America, by and through Peter McNeilly, United States Attorney for the District of Colorado, and Jasand Mock, Assistant United States Attorney, respectfully moves to restrict the document filed at Doc. No 58, any order revealing the contents of that document, and the brief filed in support of this motion filed at Doc. No 59, for the reasons stated in the brief filed in support of this motion.

    The United States requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible to the government, the affected defendant, and the Court.

Dated September 8, 2025.

        Respectfully submitted,

        PETER MCNEILLY
        United States Attorney

By:  s/ Jasand Mock
        *Jasand Mock*
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Fax: (303) 454-0409
        Email: Jasand.Mock@usdoj.gov
        Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

> *s/Portia Peter*
> Legal Assistant
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone: 303-454-0100
> Email: Portia.Peter@usdoj.gov