# Cisco Meeting App Instructions

# Judge Rodriguez

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

    https://meet.uc.uscourts.gov/meeting/925037627?secret=udINeuGV0ba3DZggtrGyfQ **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

    - Phone: 5713532301, then enter 037962164#

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    <u>**Family Member/Public/Media "listen" to hearing:**</u>

    Phone: 5713532301 Access Code: 037962164#