IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: 24-cr-00130-RMR          Date: February 3, 2026
Courtroom Deputy: Kally Myhaver          Court Reporter: Jessica Anderson

*Parties:*                                                 *Counsel:*

UNITED STATES OF AMERICA,                    Jasand Mock

   Plaintiff,

v.

DANIEL LARSON,                                        Jared Scott Westbroek

   Defendant.

---

## COURTROOM MINUTES

---

**COMPETENCY HEARING**

**9:04 a.m.      Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody. Also present is Jeffrey Feiler.

Preliminary remarks and background case information by the Court.

9:05 a.m. to 9:08 a.m.      Bench conference.

Defendant's witness, Dr. Mark Mills, sworn.

Discussion regarding Defendant's oral motion to close the courtroom for the duration of Dr. Mills' testimony.

**ORDERED:** For the reasons stated on the record, Defendant's oral motion to close the courtroom is GRANTED.

9:12 a.m.      Direct examination of Dr. Mills by Mr. Westbroek.

9:48 a.m.      Cross-examination of Dr. Mills by Mr. Mock.

9:51 a.m.        Redirect examination of Dr. Mills by Mr. Westbroek.

Questions for Dr. Mills by the Court.

**9:54 a.m.        Court in recess.**
**10:11 a.m.      Court in session.**

10:11 a.m.      Government's closing argument by Mr. Mock.

10:22 a.m.      Defendant's closing argument by Mr. Westbroek.

10:35 a.m.      Government's rebuttal closing argument by Mr. Mock.

**ORDERED:**  Parties shall file their positions as to the speedy trial calculation on or before February 10, 2026.

**ORDERED:**  This matter is taken under advisement. Written order to issue.

Discussion regarding representation of Defendant.

**10:42 a.m.      Court in recess.**

Hearing concluded.
Total time in court:   1:21

Clerk's note:  Exhibits returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.