UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-CR-00130-RMR

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL LARSON,

Defendant.

_____/

## NOTICE OF DISPOSITION

DANIEL LARSON, through his counsel Jeffrey E. Feiler, hereby notifies the Court that a plea agreement has been reached between Mr. Larson and the government. Mr. Larson respectfully requests that the Court set a change of plea hearing at the time scheduled for the case preparation hearing on April 9, 2026, at 3:00 p.m., or another date the court has available.

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Attorney for Defendant
7685 S.W. 104 Street, Suite 200
Miami, Florida 33156
(305) 670-7700
ana@jeffreyfeiler.com

By:/s/ Jeffrey E. Feiler_____
    JEFFREY E. FEILER
    Colorado Bar No. 32834
    Florida Bar No. 347604

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.


/s/ Jeffrey E. Feiler
JEFFREY E. FEILER