UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-CR-00130-RMR

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANIEL LARSON,**

Defendant.
_______________________________________/

## AMENDED MOTION TO RESTRICT DOCUMENTS

COMES NOW, Daniel Larson, by and through undersigned counsel and respectfully requests that document filed at ECF No. 142 and the brief filed in support of this motion at ECF No. 148 be filed under Level 1 Restriction.

Undersigned counsel conferred with Assistant United States Attorney, Jasand Mock, who stated that he does not object to the defendant's request to restrict these documents.

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Colorado. Bar No. 32834
Florida Bar No. 347604
Attorney for Defendant
7685 S.W. 104 Street, Ste 200
Miami, Florida 33156
(305) 670-7700

By: s/ Jeffrey E. Feiler
JEFFREY E. FEILER

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Jeffrey E. Feiler
JEFFREY E. FEILER