**Form No. AR4:20 Motion to Extend Time for Appeal**

_____ [name of attorney]
_____ [name of firm]
_____ [street address]
_____ [phone number]
_____ [fax number]
_____ [e-mail address]
_____ [state bar i.d. number]
Attorneys for _____ [name of party]

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 23 2026**

**JEFFREY P. COLWELL**
**CLERK**

UNITED STATES DISTRICT COURT
_____ District of _____

| | | |
|---|---|---|
| United States [Name of plaintiff], ) | No. 24-cr-00130-RMR-1 | |
| Plaintiff, ) | | |
| vs. ) | | |
| Daniel Larson [Name of defendant], ) | MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL | |
| et al., ) | (Fed. R. App. P. 4(a)(5)) | |
| Defendants | | |

_Relief Sought_

Daniel Larson [Name of moving party], Defendant [party designation, e.g., defendant] moves [ex parte] 1 to extend the time for filing a Notice of Appeal in this action up to and including _____ [date]. 2

_Grounds for Relief_

The grounds for this motion are:

1. This Court entered _An order_ [an order or a judgment] in this matter on _May 13th, 2026_

© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12626511

[date]. This _____ Order _____ [order or judgment] is an appealable _____ order _____ [order or judgment] [under the provisions of 28 U.S.C. § 1292(a) (1291 or 1292(a))].

2. The time for filing a notice of appeal _May 27th 2626_ [expired or will expire] on _Unknown_ [date].

3. _Mr. Larson_ [Name of moving party] desires to appeal this _order_ [order or judgment] but _has not / will not_ [has not been able to or will not be able to] file its notice of appeal, as required by Rule 3 of the Federal Rules of Appellate Procedure, within the time allowed.

*[Alternative One. Movant was unable to comply with deadline as result of excusable neglect]*

4. As shown by the affidavit of _Mr. Larson_ [name of affiant], _Mr. Larson_ [name of moving party] was unable to file a notice of appeal within the time allowed as a result of excusable neglect. In summary, the excusable neglect concerned the fact that _Mr. Larson_ [~~summarize matters more fully set out in affidavit, e.g., counsel for~~ _____ (~~name of moving party~~) did not get _Mr. Larsons_ (name of moving party)'s final decision to appeal until _Late may 2016_ (date). ~~Although that would, in most cases, have been plenty of time to prepare and file a notice of appeal, counsel was unexpectedly hospitalized for the next two weeks, during which time the period for filing notices of appeal expired~~].

*[Alternative Two. Movant will be unable to comply with the deadline for good cause]*

5. As shown by the affidavit of _Mr. Larson_ [name of affiant], _Mr. Larson_ [name of moving party] will be unable to file a notice of appeal within the time allowed for good cause. ~~In summary, the good cause concerns the fact that~~ _____ [~~summarize good cause, e.g.,~~ _____ (~~name of moving party~~) ~~is a charitable, nonprofit organization. Although the management of the organization desires to pursue an appeal in this matter, the charter and bylaws of the organization require a meeting of the full board of directors, on no less than 25 days' notice, in order to authorize expenditures for the appeal. Neither the management of~~ _Mr. Larson_ (name of moving

090                                    2

© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12626511

*party*) nor its counsel believe that this can be accomplished within the time required].

*[Continue with form]*

6. ___mr. Larson___ *[Name of moving party]* has brought this motion at the earliest possible time.

7. No other party would be prejudiced if this Court were to grant the relief requested by this Motion.

*Supporting Documents*

This Motion is based on this document, on all of the papers and records on file in this matter, on the attached Memorandum of Points and Authorities and Supporting Affidavit[s] of ___mr. Larson___ *[names of affiant(s)]*, and on whatever evidence and argument is presented at any hearing on this Motion.

Dated: ___June 7th 2026___

_____ *[firm name]*

By: _____ *[signature]*
___Daniel Larson___ *[typed name]*
Reg. #
(FDC) Federal Detention Facility
9595 W. Quincy Ave *[address]*
Littleton Colorado, 80123

_____ *[phone number]*

_____ *[e-mail address]*

~~Attorneys for~~ _____

Footnotes

© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12626511

CERTIFICATE OF MAILING

I Daniel Larson certify that on this _____ day of July 2026 I sent a true and correct copy of this motion to the following:

The United States Dist. Court

SIGNATURE