**Form No. AR4:22 Affidavit in Support of Motion for Extension of Time 1**

*[Caption. See Form No. AR4:20]*

AFFIDAVIT OF _DANIEL LARSON_ *[NAME]* IN SUPPORT OF MOTION
FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

_____

State of _____ )
                                    )
County of _____ )

_____

_Daniel Larson_ *[Name of affiant]*, being duly sworn, deposes and says:

1. I am an attorney duly licensed to practice in the State of _____. I am a member of the bar of this Court and the attorney of record for _____ *[name of movant]*, _____ *[party designation, e.g., plaintiff or defendant]* in this action.

2. In addition to representing _____ *[name of movant]* in this action, I and my firm are also engaged in the defense of numerous _____ *[type of litigation, e.g., insulator, shipyard, and plant worker cases arising out of exposure of workers to asbestos containing insulation products giving rise to the diseases of asbestosis, lung cancer, and mesothelioma]*. At the present time there are pending approximately 100 of these cases involving the affiant in the state and federal courts in the State of _____. *[Number, e.g., Thirty-six]* of these cases are pending in this Court, the United States District Court for the _____ District of _____. The litigation involving these cases is highly complex,

1

© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12626511

confusing, and time-consuming for counsel and the courts, and is clogging both the state and federal dockets. 2

3. After the judgment in this case was rendered on _____ [*date*], I met with my client _____ [*name of movant*] to determine if _____ [he *or* she] wanted to appeal the judgment. At that time, my client indicated that, contrary to my urging, _____ [he *or* she] did not wish to appeal. However, I informed my client that, if _____ [he *or* she] changed _____ [his *or* her] mind, I would have to prepare a notice of appeal no later than _____ [*date*], because that notice had to be filed not later than _____ [*date*]. I confirmed this conversation with a letter to my client dated _____ [*date*], a copy of which is attached to this Affidavit and incorporated by reference as Exhibit "_____."

4. As my client's own Affidavit makes clear, _____ [he *or* she], quite reasonably understood this letter to state that _____ [he *or* she] had until _____ [*date*] within which to make a final decision.

5. Unexpectedly, in an attempt to negotiate a mass settlement of _____ [*number, e.g.,* 88] of the pending cases in the several courts, the _____ District of _____ scheduled an emergency, four-day meeting as settlement conference/early disposition/alternative dispute resolution conference commencing on _____ [*date*]. I was ordered to attend, along with several other defense counsel, in order to give the Court individual evaluations to each of these cases, to establish a package settlement evaluation, and to settle the apportionment of liability among the several defendants. In order to prepare for this settlement evaluation conference, it was necessary for each of the defense counsel to undertake concentrated review of six cases assigned to counsel for presentation at this conference, including obtaining and reviewing the medical reports and depositions of plaintiffs and their doctors, outlining the employment history of each plaintiff and each plaintiff's purported exposure to the products of each defendant. These were time consuming and laborious tasks, which took several days.

6.    On _____ [*date*],

090

2

© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12626511

_____ [*name of movant*] called my office and left a message to the effect that _____ [*he or* she] wished to appeal the judgment in this case, as I had recommended earlier. In ordinary circumstances, this would have been sufficient time for me or someone else in my office to prepare and file the notice of appeal.

7. As a result of the confusion involved in the emergency preparation for and attendance at the conference described above, I did not actually receive my client's message concerning _____ [his *or* her] desire to appeal. The phone message apparently sat on my desk, obscured by other papers, although I certainly did not notice it. I was rarely in my office during this time period, and was in constant meetings, either with clients in the cases affected by the settlement conference or with other defense counsel or with plaintiffs' counsel. All of the associates with whom I regularly work were engaged, full time, in preparing and reviewing drafts of the settlement packages ordered to be prepared by the court. These papers, in multiple draft form, were the papers that obscured my desk during the relevant period of time.

8. I returned to my office from the court-ordered conference on _____ [*date*], a mere _____ [*number*] days after the expiration of the time period for filing the notice of appeal in this matter. On that date, I immediately began reorganizing and cleaning up my office. While going through the papers on my desk, and dictating reports on the results of the conference on each of the cases in which I was counsel, I finally noticed the message from my client in this matter concerning _____ [his *or* her] desire to appeal.

9. I dictated this Affidavit and the Motion on the same day, and filed and scheduled this Motion for the earliest possible hearing, appearing in this Court to secure an Order Shortening the Time of Notice for this Motion.

10. It is my professional opinion that there is considerable merit in the appeal ~~my client desires to take~~ and to deny this Motion would work a severe injustice on Daniel Larson [him *or* her]. It is also my belief that, if the Court were to grant this Motion, there would be no prejudice to any other party in this action. ~~I had informed counsel for the other parties that there would be an appeal in this action, and thought otherwise only for the brief period during which my client believed that~~ _____ ~~[he or she] might not want to~~

090                                    3

© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12626511

~~prolong the expense and hardship that this case has cost~~ _____ ~~[him  or  her]  by  appealing  the~~ ~~judgment.~~

11. All of the facts stated in this Affidavit are made from my own personal knowledge.

I signed this Affidavit on _June 10th 2026_ [date] at _Littleton Colorado_ [city, state].

_____ [signature]

_Daniel Larson_ [typed name]

SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   on _____ [date]  at  _____ [city, state].

[Notary's seal]

_____ [notary's signature]

_____ [typed name]

Notary Public in and for

the State of _____.

My commission expires on

_____ [date].

_See Attached Continuation of this Affidavit_

Footnotes

090

4

© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12626511

CERTIFICATE OF MAILING

I Daniel Larson certify that on this 13 day of July 2026 I sent a true and correct copy of this visation to the following:

United States Dist. Court

SIGNATURE

CONTINUATION of
AFFIDAVIT
UNDER PENALTY OF PURJURY
by DANIEL LARSON
IN SUPPORT OF MOTION FOR EXTENSION
OF TIME

I DANIEL LARSON Swear under the penalty of Purjury
that the following information is the truth the whole truth
and nothing but the truth

SIGNATURE

(a) Isnt it true that according to the court docket,
[it appears] that the court issued a order on May 13th 2026
not allowing the clerks office to file letters to the court
pursuant to Local Rule D.C. COLO. LA R 5 (a)(5) 1 ?

YES or NO

(b) Including letters and documents sent to the Presiding and
honorable Judge Ms. Rodriguez from me correct ?

YES or NO

(c) Isnt it true that although the judge issued the order on or
before May 13th 2026, that I didnt find out about
the order until a recent legal visit with my attorney
sometime in June of 2026 ? or late May 2026 ?

YES or NO

SIGNATURE

CONTINUATION OF
AFFIDAVIT
IN SUPPORT OF MOTION FOR EXTENSION
OF TIME

[I] Daniel Larson    swear under the penalty of perjury that the following information is the truth the whole truth and nothing but the truth.

SIGNATURE

(a) I am currently being housed at (FDC) Federal Detention Center in Littleton Colorado

(TRUE) or FALSE

(b) Here at FDC there are alot of issues with photocopying legal documents and sending out legal mail, that are also partially at fault for the brief delay in filing the Notice of Appeal

(TRUE) or FALSE

SIGNATURE