~4 # 113 86 510
(FDC) FEDERAL DETENTION CENTER
9595 W. QUINCY AVE
LITTLETON COLO
        ~80123~



TO:   UNITED STATES DIST. COURT
      901 19th st.
      DENVER COLO.
          80294